## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE M. AVILES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendants. | CASE NO.: 2:15-CV-01275-RCJ-CWH<br><br>**ORDER** |

　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF #20[1]) entered on May 5, 2016, recommending that the Court deny Plaintiff's Motion for Reversal or Remand (ECF #16) and grant Defendant's Cross-Motion to Affirm (ECF #17).   Plaintiff's Objections to Report of Findings and Recommendation (ECF #21) were filed with the Court on May 11, 2016, and on May 12, 2016,  Defendant's filed their Response to Plaintiff's Objections to the Report and Recommendation (ECF #22).

　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#20) entered on May 5, 2016, should be ADOPTED AND ACCEPTED.

　　IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal or Remand (ECF #16) is DENIED.

　　IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF #17) is GRANTED.

　　IT IS FURTHER ORDERED.  The Clerk of the Court shall enter judgment accordingly and close the case.

　　IT IS SO ORDERED this 17th day of June, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.